UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:12-CV-50-FL |
| GLOBAL CONSTRUCTION, INC.; ) | |
| RICKY A. LANIER; KATRINA P. ) | |
| LANIER; CARLTON S. LANIER; ) | |
| and ANGELA G. LANIER, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment and motion for entry of judgment and to dismiss remaining claims.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered July 9, 2013 and July 31, 2013, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted in part. The plaintiff shall have and recover from defendants, jointly and severally, the principal amount of $147,131.06, plus pre-judgment interest on that amount accruing at the legal rate of eight percent per annum from and after March 29, 2009, up to and until July 31, 2013. The court dismisses without prejudice plaintiff's remaining unadjudicated claims (a) for indemnity that accrued prior to March 29, 2009 in the amount of $59,617.50, (b) for collateral demanded but not paid by the defendants, and (c) for attorney's fees and expenses incurred in this action after February 28, 2013.

**This Judgment Filed and Entered on July 31, 2013, and Copies To:**

Gregory A. Veal and Kevin M. Capalbo (via CM/ECF Notice of Electronic Filing)
Ricky A. Lanier (via U.S. Mail) 3830 Drew Farmer Road, LaGrange, NC 28551
Katrina P. Lanier (via U.S. Mail) 3830 Drew Farmer Road, LaGrange, NC 28551
Carlton S. Lanier (via U.S. Mail) 3421 Bothers Road, LaGrange, NC 28551
Angela G. Lanier Lanier (via U.S. Mail) 3421 Bothers Road, LaGrange, NC 28551
Global Construction, Inc. c/o Ricky Lanier, Registered Agent (via U.S. Mail)
        3830 Drew Farmer Road, LaGrange, NC 28551

July 31, 2013                    JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk